**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6130**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ARTHUR MOATES,

Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CR-86-92, CA-97-2324-6-13-AK)

———————

Submitted:  May 25, 1999                Decided:  May 28, 1999

———————

Before ERVIN, WILKINS, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Arthur Moates, Appellant Pro Se.  William Corley Lucius, Assistant
United States Attorney, Greenville, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Arthur Moates seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court.  See United States v. Moates, Nos. CR-86-92; CA-97-2324-6-13-AK (D.S.C. Dec. 31, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED